An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT MORRIS, AN INDIVIDUAL,
Appellant,
vs.
STATE OF NEVADA GAMING
CONTROL BOARD,
Respondent.

No. 65869

**FILED**

AUG 0 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal challenging district court rulings entered as part of an appeal from the district court from a decision of the justice court. District courts, however, have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, we lack jurisdiction to consider this appeal, and we therefore dismiss the appeal.

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]In light of this order, we deny as moot appellant's July 15, 2014, motion for an extension of time.

14 - 25277

cc: Hon. Carolyn Ellsworth, District Judge
Brent Eli Morris
Attorney General/Las Vegas
Eighth District Court Clerk